IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

PERRY DEAN MASON,

       Petitioner,

vs.

       CASE NO.: 4:06-CV-9
       [underlying criminal case
       no: 4:99-CR-238]

UNITED STATES OF AMERICA,

       Respondent.

### O R D E R

Before the Court is Petitioner's "Motion for Enlargement of Time to Respond to Report and Recommendation." (Doc. 4.) Petitioner requests additional time to respond to the Magistrate's February 3, 2006 recommendation that Petitioner's request for habeas relief be denied because it is a second or successive habeas petition. Petitioner contends that he needs the additional time because he is not proficient in the practice of law and because he has limited access to legal resources.

No amount of legal knowledge or research can allow Petitioner to escape Congress's mandate that a second or successive habeas petition be authorized by a panel of the Court of Appeals. 28 U.S.C. § 2244 (b)(3)(A). As correctly pointed out by the Magistrate Judge, Petitioner has failed to comply with this mandate in this action. Accordingly, his § 2255 petition for habeas relief is **DISMISSED**, and the Clerk of the Court is **DIRECTED** to close this

case. As a result, Petitioner's motion for an enlargement of time is **DENIED** as **MOOT**.

SO ORDERED this 21st day of February, 2006.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA